﻿Citation Nr: AXXXXXXXX
Decision Date: 01/08/19 Archive Date: 01/07/19

DOCKET NO. 180710-202
DATE: January 8, 2019

REMANDED

Entitlement to service connection for degenerative disc disease of the lumbar spine, to include as secondary to service-connected scars, is remanded.

Entitlement to service connection for radiculopathy of the left lower extremity is remanded.

Entitlement to service connection for radiculopathy of the right lower extremity is remanded.

REASONS FOR REMAND

The Veteran served on active duty in the U.S. Army from July 1976 to June 1977.

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for Veterans dissatisfied with VA’s decision on their claim to seek review. The Board is honoring the Veteran’s choice to participate in VA’s test program RAMP, the Rapid Appeals Modernization Program.

1. Entitlement to service connection for degenerative disc disease of the lumbar spine, to include as secondary to residuals of stab wound is remanded.

2. Entitlement to service connection for radiculopathy of the left lower extremity is remanded.

3. Entitlement to service connection for radiculopathy of the right lower extremity is remanded.

The Veteran contends that his current diagnosis of degenerative disc disease of the lumbar spine, along with associated radiculopathy of the right and left lower extremities, was caused by core weakness residual to a stab wound suffered in service. 

A February 2017 VA medical examiner opined that the Veteran’s degenerative disc disease is less likely than not proximately due to or the result of the Veteran’s service-connected condition. The examiner explained that no known medical evidence that suggests abdominal adhesions could cause lumbosacral spondylosis myelopathy. In a May 2018 opinion, a VA medical examiner reviewed the medical record and agreed with the opinion and rationale offered in February 2017. 

The issue of entitlement to service connection for a lumbar spine disability is being remanded to correct a duty to assist error that occurred prior to the June 2018 rating decision on appeal. The Agency of Original Jurisdiction (AOJ) obtained February 2017 and May 2018 opinions prior to the June 2018 rating decision on appeal. However, these medical opinions do not provide any opinion regarding whether the Veteran’s lumbar spine disability is aggravated by his service-connected abdominal adhesions. Additionally, prior to the June 2018 rating decision on appeal, the Veteran asserted in December 2017 that his lumbar spine disability is due to the core weakness residual to the stab wound he suffered in service. While the VA opinions considered whether the Veteran’s lumbar spine disability was due to his service-connected abdominal adhesions, there is no opinion on whether the Veteran’s lumbar spine disability is due to the core weakness residual to the stab wound he suffered in service. 

Regarding the Veteran’s radiculopathy of the right and left lower extremities, the medical records lack any indication the Veteran’s leg pain is caused by any disease or injury other than radiculopathy, secondary to degenerative disc disease. Therefore, these issues are inextricably intertwined with the claim for service connection for a lumbar spine disability. 

The matters are REMANDED for the following action:

Obtain an addendum opinion from an appropriate clinician regarding the Veteran’s lumbar spine disability. The examiner must opine as to the following:

(a.) Whether the lumbar spine disability is at least as likely as not aggravated beyond its natural progression by service-connected abdominal adhesions. 

(b.) Whether the lumbar spine disability is at least as likely as not due to the core weakness residual to the stab wound the Veteran suffered in service. 

 

JENNIFER HWA

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD C. Casey, Associate Counsel